FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA 04 JAN -5 PM 12: 51
## WESTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

VINCENT BURCH,                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )          CV 03-CO-1517-W
                                            )
MR. WALKER, Brent Correctional Officer, et.al.,  )          **ENTERED**
                                            )
            Defendants.                     )          JAN 0 5 2004

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 2, 2003, recommending that all claims against defendants in their official capacities, and the Eighth Amendment claims against defendants Price, Estes, and Campbell be dismissed pursuant to 28 U.S.C. §1915A(b)(1) and/or (2), as well as any requests for injunctive relief associated therewith be DENIED. It was further recommended that plaintiff's Eighth Amendment claims against defendants Walker and Cooper be referred to the magistrate judge for further proceedings. Plaintiff filed objections to the report and recommendation on December 9, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED, with the following AMENDMENT: in the body of the report, the magistrate judge also recommended, and this court accepts, that the harassment claims against defendant Walker are due to be dismissed for failure to state a claim upon which relief may be granted.

Accordingly, all of plaintiff's claims in this action except the Eighth Amendment claims against defendants Walker and Cooper are due to be dismissed pursuant to 28 U.S.C. §1915A(b),



and plaintiff's requests for injunctive relief are due to be denied. Finally, plaintiff's Eighth Amendment claims against defendants Walker and Cooper are due to be referred to the magistrate judge for further proceedings.

DATED this ___2nd___ day of _____Jan._____, 2004

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE